



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>VICTOR VALENCIA,<br>SAUL ALCANTAR MARTINEZ,<br>ADAM TORGLER,<br>LIZBETH JUAREZ GARCIA,<br>STEPHEN MICHAEL FLECK,<br>DIANE MARIE CERIN-PERNISIE, and<br>THOMAS SILVESTRI,<br><br>                    Defendants. | CASE NO. 1:15 MJ 00154 BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the complaint and arrested warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: October 9, 2015

                                                                    _____
                                                                    HONORABLE BARBARA A. MCAULIFFE
                                                                    U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant                1