IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>VICTOR VALENCIA,<br>SAUL ALCANTAR MARTINEZ,<br>ADAM TORGLER,<br>LIZBETH JUAREZ GARCIA,<br>STEPHEN MICHAEL FLECK,<br>DIANE MARIE CERIN-PERNISIE, and<br>THOMAS SILVESTRI,<br><br>                     Defendants. | CASE NO.  1:15-MJ-00154 BAM<br><br>**UNDER SEAL**<br><br>ORDER PERMITTING DISCLOSURE OF REDACTED COMPLAINT |

The United States having applied to this Court for an order permitting it to disclose the attached redacted complaint in the above-captioned proceedings and to provide this redacted copy of the complaint to the defendants who have been arrested in this case; and good cause appearing.

IT IS ORDERED that the government may disclose the attached redacted copy of the sealed complaint filed in the above-entitled matter to defense counsel and any other agency of the Court.  The complaint shall remain under seal and not be disclosed pending further order of this court.

IT IS SO ORDERED.

Dated:   **October 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1