FILED
OCT 15 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00154 BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER TO UNSEAL COMPLAINT |
| VICTOR VALENCIA, SAUL ALCANTAR MARTINEZ, ADAM TORGLER, LIZBETH JUAREZ GARCIA, STEPHEN MICHAEL FLECK, DIANE MARIE CERIN-PERNISIE, and THOMAS SILVESTRI, | |
| Defendants. | |

The United States having applied to this Court for an order unsealing the complaint in the above-entitled action, good cause appearing;

IT IS ORDERED.

Dated: October 15, 2015

_____
HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant            1