IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>SAUL ALCANTAR MARTINEZ,<br><br>                Defendant. | **CASE NO. 1:15-CR-00300 DAD**<br><br>**ORDER DISMISSING DEFENDANT FROM INDICTMENT**<br>**(Fed.R.Crim.P 48(A))** |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

IT IS SO ORDERED.

Dated:   **December 12, 2018**           *Dale A. Drozd*
                                                          UNITED STATES DISTRICT JUDGE